No. 124, Misc.  COMMACK *v.* BUSH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of the applications in the foregoing cases beginning with No. 4, Misc. on page 834 and ending with No. 124, Misc. on this page.

*Rehearing Denied.  (See also No. 279, October Term, 1948, supra.)*